UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00121 |
| | ) | JUDGE CAMPBELL |
| EMILIA TIRADO-MEDINA | ) | |

ORDER

Pending before the Court is a Motion to Set Change of Plea Hearing (Docket No. 25). The Motion is GRANTED.

The change of plea hearing currently scheduled for September 30, 2013, at 1:00, is **RESCHEDULED** for September 19, 2013, at 1:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE