UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00121 |
| | ) | JUDGE CAMPBELL |
| EMILIA TIRADO-MEDINA | ) | |

## ORDER

Pending before the Court is the Defendant's Motion To Continue Sentencing Hearing For 90 Days (Docket No. 34). Through the Motion, the Defendant requests that the sentencing hearing, currently set for December 9, 2013, be continued for 90 days.

The Motion is GRANTED. Accordingly, the sentencing hearing is CONTINUED until March 21, 2014, at 1:00 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE